IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* BHUVANA MANDALAPU, M.D., and<br>RAMAKRISHNA CHAVA, M.D., relators,<br>and on behalf of the STATES of<br>California, Colorado, Florida, Georgia, Illinois,<br>Indiana, Louisiana, Maryland, Massachusetts,<br>Michigan, Minnesota, Nevada, New Mexico,<br>New Jersey, North Carolina, Oklahoma,<br>Rhode Island, Tennessee, Texas, Virginia, and<br>Washington, as well as the District of Columbia,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ALLIANCE FAMILY OF COMPANIES, INC.,<br>SLEEP SOURCE, LLC,<br>RESPIRATORY SLEEP SOLUTIONS, INC.,<br>JUSTIN MAGNUSON, and ANCOR HOLDINGS,<br>L.P.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:17-cv-00740<br><br>**FILED UNDER SEAL**<br><br>JUDGE ALFRED H. BENNETT |

---

| | | |
|---|---|---|
| UNITED STATES *ex rel.*<br>Vicki Fuller, *Qui Tam* Relator,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>RESPIRATORY SLEEP SOLUTIONS, INC.,<br>ALLIANCE FAMILY OF COMPANIES, INC.,<br>and ALLIANCE NEURODIAGNOSTICS, LLC,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:17-cv-01197<br><br>**FILED UNDER SEAL**<br><br>JUDGE ALFRED H. BENNETT |

---

| | |
|---|---|
| UNITED STATES OF AMERICA AND | ) |

1

THE STATE OF TEXAS *ex rel.* AMY McKAY, )
)
    Plaintiffs, )   Case No. 4:18-cv-1949
)
)   **FILED UNDER SEAL**
v. )
)
ALLIANCE FAMILY OF COMPANIES, LLC, )   JUDGE ALFRED H. BENNETT
CONOR BUTTS, JUSTIN MAGNUSON, )
PAM WAGNER, )
ANCOR CAPITAL PARTNERS, )
MINNESOTA NEURODIAGNOSTICS, LLC, )
KENTUCKY NEURODIAGNOSTICS, LLC, )
ALLIANCE SLEEP MEDICINE, LLC, )
MISSISSIPPI NEURODIAGNOSTICS LLC, )
SLEEP SOURCE, LLC, )
ILLINOIS NEURODIAGNOSTICS LLC, )
LOUISIANA NEURODIAGNOSTICS, LLC, )
INDIANA NEURODIAGNOSTICS, LLC, )
COASTAL DIAGNOSTICS GROUP, LLC, )
ALLIANCE NEURODIAGNOSTICS, LLC, )
TERCES, LLC, )
NEVADA NEURODIAGNOSTICS LLC, )
DELAWARE NEURODIAGNOSTICS, LLC, )
ALLIANCE PHYSICIAN MANAGEMENT LLC, )
UTAH NEURODIAGNOSTICS, LLC, )
PENNSYLVANIA NEURODIAGNOSTICS, LLC, )
RHODE ISLAND NEURODIAGNOSTICS, LLC, )
KANSAS NEURODIAGNOSTICS, LLC, )
COLORADO NEURODIAGNOSTICS, LLC, )
PHOENIX NEURODIAGNOSTICS LLC, )
DC NEURODIAGNOSTICS LLC, )
WEST VIRGINIA NEURODIAGNOSTICS, LLC, )
SOUTH CAROLINA NEURODIAGNOSTICS, )
LLC, )
ALABAMA NEURODIAGNOSTICS LLC, )
MISSOURI NEURODIAGNOSTICS, LLC, )
MASSACHUSETTS NEURODIAGNOSTICS, )
LLC, )
NORTH CAROLINA LLC, )
ANCI-PRO HEALTHCARE SOLUTIONS, LLC, )
MICHIGAN NEURODIAGNOSTICS, LLC, )
OREGON NEURODIAGNOSTICS, LLC, )
GEORGIA NEURODIAGNOSTICS, LLC, )

CONNECTICUT NEURODIAGNOSTICS, LLC, )
HOUSTON NEURODIAGNOSTICS, LLC, )
OKLAHOMA NEURODIAGNOSTICS, LLC, )
NORTH CAROLINA NEURODIAGNOSTICS, )
LLC, )
OHIO NEURODIAGNOSTICS, LLC, )
VIRGINIA NEURODIAGNOSTICS, LLC, )
CALIFORNIA NEURODIAGNOSTICS, LLC, )
TENNESSEE NEURODIAGNOSTICS, LLC, )
NEW JERSEY NEURODIAGNOSTICS, LLC, )
MARYLAND NEURODIAGNOSTICS, LLC, )
NEW MEXICO NEURODIAGNOSTICS, LLC, )
WASHINGTON NEURODIAGNOSTICS, LLC, )
)
        Defendants. )

---

UNITED STATES OF AMERICA, *et al.* )
*ex rel.* JANE DOE, )
)
        Plaintiffs, )    Case No. 4:19-cv-1213
)
)    **FILED UNDER SEAL**
v. )
)
ALLIANCE FAMILY OF COMPANIES, LLC, )    JUDGE ALFRED H. BENNETT
*et al.*, )
)
        Defendants. )

---

UNITED STATES OF AMERICA, *et al.* )
*ex rel.* JOSHUA CALCANIS, )
)
        Plaintiffs, )    Case No. 4:19-cv-1497
)
v. )    **FILED UNDER SEAL**
)
ALLIANCE FAMILY OF COMPANIES, INC., )
ALLIANCE NEURODIAGNOSTICS LLC, )    JUDGE ALFRED H. BENNETT
and SLEEP SOLUTIONS LLC d/b/a )
PC PROCESSING SERVICES, )
)
        Defendants. )

3

UNITED STATES OF AMERICA and
THE STATE OF TEXAS *ex rel.* JOANN
KRASNOV,

    Plaintiffs,    )  Case No. 4:19-cv-4886

v.    **FILED UNDER SEAL**

ALLIANCE FAMILY OF COMPANIES, LLC,
RESPIRATORY SLEEP SOLUTIONS, LLC,  JUDGE ALFRED H. BENNETT
ANCOR HOLDINGS, L.P., and ANCOR
CAPITAL PARTNERS, INC.,

    Defendants.

## THE UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On April 19, 2023, Relators Bhuvana Mandalapu, M.D., and Ramakrishna Chava, M.D. filed a Notice of Voluntary Dismissal in Case No. 4:17-cv-00740 as to Defendant Justin Magnuson. And on April 17, 2023, Relator Amy McKay filed a Notice of Voluntary Dismissal in Case No. 4:18-cv-1949 as to Defendants Justin Magnuson, Conor Butts, and Pam Wagner.[1]

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to these dismissals without prejudice to the rights of the United States, based on its determination that such dismissals are commensurate with the public interest and that the matters do not warrant the continued expenditure of government resources to pursue or monitor the actions based on currently available information.

---

[1] Pursuant to the Second Stipulation and Order of Partial Dismissal by United States and Relators as to *Only* Corporate Defendants, Dkt. # 58, Relators' claims against the corporate Defendants named in their respective *qui tam* complaints (and amended complaints, if any) have already been dismissed with prejudice.

The United States requests that the Complaints (and Amended Complaints, if any) filed by Relators Mandalapu, Chava, and McKay; their Notices of Voluntary Dismissal; this Notice; the Court's Order dismissing these actions; and all subsequent filings in these actions be unsealed. The United States also requests that the following documents be unsealed in all six of the above-captioned cases: (1) the Stipulation and Order of Partial Dismissal by United States and Relators as to *Only* Corporate Defendants (Dkt. # 55), and (2) the Second Stipulation and Order of Partial Dismissal by United States and Relators as to *Only* Corporate Defendants (Dkt. # 58).

The United States requests that all other papers on file in these actions remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The United States requests that all six of the above-captioned cases be closed, as there remain no pending claims in any of the cases.

Finally, the co-plaintiff States join in all of these requests. While the Department of Justice does not represent the co-plaintiff States, granting these requests for the co-plaintiff States concurrently is in the interests of justice and judicial efficiency.

A proposed order accompanies this notice.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALAMDAR S. HAMDANI
United States Attorney

*/s/Kenneth Shaitelman*
Kenneth Shaitelman
Assistant United States Attorney
Southern District Bar Number: 14199778
Texas Bar Number: 24077606
1000 Louisiana, Suite 2300
Houston, TX 77002
Telephone: (713) 567-9609
Facsimile: (713) 718-3303
E-mail: kenneth.shaitelman@usdoj.gov

*Attorney-in-charge for the United States of America*

Jamie Ann Yavelberg
Sara McLean
Michael A. Hoffman
Sarah E. Loucks
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-1271
Facsimile: (202) 616-3085