**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BHUVANA MANDALAPU, M.D., and RAMAKRISHNA CHAVA, M.D., relators, and on behalf of the STATES of California, Colorado, Florida, Georgia, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, New Jersey, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, and Washington, as well as the District of Columbia<br><br>Plaintiffs<br><br>v.<br><br>ALLIANCE FAMILY OF COMPANIES, LLC, SLEEP SOURCE, LLC, RESPIRATORY SLEEP SOLUTIONS, INC., JUSTIN MAGNUSON, and ANCOR HOLDINGS, L.P.<br><br>Defendants. | United States Courts<br>Southern District of Texas<br>F I L E D<br><br>APR 1 9 2023<br><br>Nathan Ochsner, Clerk of Court<br><br>CIVIL ACTION NO.: 4:17-cv-740<br><br>HON. ALFRED H. BENNETT<br><br>**FILED UNDER SEAL** |

**RELATORS' NOTICE OF DISMISSAL**

Relators Bhuvana Mandalapu, M.D. and Ramakrishan Chava, M.D. hereby file this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to Defendant Justin Magnuson.[1] This dismissal shall be without prejudice to the rights of the United States and the states of California, Colorado, Florida, Georgia, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, New Jersey, North Carolina,

---

[1] Pursuant to Second Stipulation and Order of Partial Dismissal by United States and Relators as to *Only* Corporate Defendants, ECF 58, Relators' claims against Defendants Alliance Family of Companies, LLC, Sleep Source, LLC, Respiratory Sleep Solutions, Inc., and Ancor Holdings, L.P., already have been dismissed with prejudice.

1

Oklahoma, Rhode Island, Tennessee, Texas, Virginia, and Washington, as well as the District of

Columbia.  Relators' counsel has conferred with counsel for the United States and the Plaintiff

States and have been advised that the United States and the Plaintiff States intend to file a

separate consent to this Notice of Dismissal in the near future.

KREINDLER & ASSOCIATES

Mitchell R. Kreindler
S.D. Texas Bar No. 32980
712 Main Street, Suite 800
Houston, TX 77002
Tel. No.: 713.647.8888
Fax: 713.647.8889
mkreindler@blowthewhistle.com

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
MICHAEL A. MORSE
DOUGLAS K. ROSENBLUM
ALEXANDER M. OWENS
1818 Market St., Suite 3402
Philadelphia, PA 19103
T (215) 320-6200
F (215) 981-0082
mam@pietragallo.com
(Pro Hac Vice pending)

Date: April 19, 2023                    *Attorneys for Relators/Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Dismissal have been

served upon the following on the date and in the manner listed below:

### VIA FEDERAL EXPRESS

Merrick B. Garland, Esquire
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Kenneth Shaitelman, Esquire
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002

Michael A. Hoffman, Esquire
Trial Attorney
U.S. Department of Justice – Civil Division
Commercial Litigation Branch
Fraud Section
Ben Franklin Station
PO Box 261
Washington, DC 20044

Ken Paxton, Esquire
Attorney General of Texas
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Lynne Kurtz-Citrin, Esquire
Deputy Chief
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas 78711-2548

3

Matthew J. Platkin, Esquire
Attorney General of New Jersey
Office of the Attorney General
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080

Jason Miyares, Esquire
Attorney General of Virginia
Virginia Attorney General's Office
202 North Ninth Street
Richmond, VA 23219

Christopher M. Carr, Esquire
Attorney General of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Robert Bonta, Esquire
Attorney General of California
Attorney General's Office California
P.O. Box 944255
Sacramento, CA 94244-2550

Ashley Moody, Esquire
Attorney General of Florida
C/O Rebecca H. Sirkle
Senior Assistant Attorney General
Medicaid Fraud Control Unit
Florida Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Aaron D. Ford, Esquire
Attorney General of Nevada
100 North Carson Street
Carson City, NV 89701

Philip J. Weiser, Esquire
Attorney General of Colorado
Office of the Attorney General
Ralph L. Carr Judicial Building
1300 Broadway, 10th Floor
Denver, CO 80203

4

Kwame Raoul, Esquire
Attorney General of Illinois
Illinois Attorney General Office
100 West Randolph St.
Chicago, IL 60601

Todd Rokita, Esquire
Attorney General of Indiana
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Fl.
Indianapolis, IN 46204

Jeff Landry, Esquire
Attorney General of Louisiana
Attorney General's Office
1885 N. Third Street
Baton Rouge, LA 70802

Anthony G. Brown, Esquire
Attorney General of Maryland
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Andrea Joy Campbell, Esquire
Attorney General of Massachusetts
Office of the Attoreny General
One Ashburton Place
Boston, MA 02108-1518

Keith Ellison, Esquire
Attorney General of Minnesota
Minnesota Office of the Attorney General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101

Raul Torrez, Esquire
Attorney General of New Mexico
Office of the Attorney General
Villagra Building
408 Galisteo Street
Santa Fe, NM 87501

Josh Stein, Esquire
Attorney General of North Carolina
Attorney General's Office
9001 Mail Service Center
Raleigh, NC 27699-9001

Genter Drummond, Esquire
Attorney General of Oklahoma
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105

Jonathan Skrmetti, Esquire
Attorney General and Reporter of Tennessee
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Bob Ferguson, Esquire
Attorney General of Washington
Office of the Attorney General
1125 Washington Street SE
PO Box 40100
Olympia, WA 98504-0100

Brian Schwalb, Esquire
Attorney General for the District of Columbia
441 4th Street, NW
Washington, DC 20001

Dana Nessel, Esquire
Attorney General of Michigan
Michigan Department of Attorney General
G. Mennen William Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Peter Neronha, Esquire
Attorney General of Rhode Island
Office of the Attorney General
150 South Main Street
Providence, RI 02903

6

**KREINDLER & ASSOCIATES**

*and*

**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**

MITCHELL R. KREINDLER, ESQUIRE
KREINDLER & ASSOCIATES
S.D. Texas Bar No. 32980
712 Main Street, Suite 800
Houston, TX 77002
Tel. No.: 713.647.8888
Fax: 713.647.8889
mkreindler@blowthewhistle.com

MICHAEL A. MORSE, ESQUIRE
DOUGLAS K. ROSENBLUM, ESQUIRE
ALEXANDER M. OWENS, ESQUIRE
PIETRAGALLO    GORDON    ALFANO    BOSICK    &
RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA  19103
Tel. No.:  215.320.6200
Fax:  215.981.0082
MAM@pietragallo.com
DKR@pietragallo.com
AMO@pietragallo.com

**Attorneys for *Qui Tam* Plaintiffs/Relators**
**Bhuvana Mandalapu, M.D. and**
**Ramakrishan Chava, M.D.**

Dated: April 19, 2023

7